UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

ROSE EVA REAVES,

Plaintiff,

Civil Action No.:
1:26-cv-00605-GS

- against -

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

---------------------------------------------------------X

The Court, having read the motion, supporting memorandum, and affirmation of CHARLES E. BINDER, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney's fees be granted in the amount of $39,170.25, which represents 25% of the past due benefits awarded to Plaintiff, and that such fees be paid to CHARLES E. BINDER, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit $8,353.34, received by counsel pursuant to the Equal Access to Justice Act in connection with this case, directly to Plaintiff.

DATED: August 11, 2026

Gary Stein

GARY STEIN
United States Magistrate Judge